## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| GREGORIO RIOS, BLANCA CORDERO, ALEJANDRO RIOS, and MARTIN RIOS, | § § § § | |
| *Plaintiffs,* | § § § | |
| v. | § § | CIVIL ACTION NO. _____ |
| THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS and JASON SMITH | § § § § | JURY DEMANDED |
| *Defendants.* | § § | |

## DEFENDANT THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, A UTAH CORPORATION SOLE'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441, Local Rule LR81, and Local Rules for the Southern District of Texas, Defendant The Church of Jesus Christ of Latter-day Saints, a Utah Corporation Sole (improperly named *"The Church of Jesus Christ of Latter-Day Saints"*) ("Defendant"), in the above-entitled and numbered cause hereby removes to this Court, the state court action described in Paragraph 1 below. Pursuant to 28 U.S.C. § 1446(a), Defendant sets forth the following "short and plain statement of the grounds for removal":

## I.
## PROCEDURAL BACKGROUND

1.      Pursuant to 28 U.S.C. § 1441, et seq., this civil action is removed from the 151st Judicial District Court, Harris County, Texas, where this matter was pending under Cause No. 2026-16957, in a matter styled *Gregorio Rios; Blanca Cordero; Alejandro Rios and Martin Rios v. The Church of Jesus Christ of Latter-Day Saints and Jason Smith* (the "State Court Action").

Defendant The Church of Jesus Christ of
Latter-day Saints, a Utah Corporation Sole's Notice of Removal                    Page **1** of **6**
1097138v.1

2.      The monetary amount in controversy as pled by Plaintiffs is $250,000 or less, excluding interests and costs. *See* Plaintiffs' Original Petition at ¶ 18. As explained in detail below, the amount in controversy exceeds $75,000.

3.      In addition, Plaintiffs are domiciled in and citizens of the State of Texas. *See* Plaintiffs' Original Petition at ¶ 2.

4.      Defendant The Church of Jesus Christ of Latter-day Saints, a Utah Corporation Sole, is a foreign corporation existing under the laws of Utah with its principal place of business in the State of Utah.

5.      Defendant Jason Smith is domiciled in and a citizen of the State of Arizona. *See* Plaintiffs' Original Petition, at ¶ 3.

## II.
## NATURE OF THE SUIT

6.      Plaintiffs bring this lawsuit under theories of negligence, negligence per se, negligent entrustment, and vicarious liability based on Plaintiffs' alleged personal injury. *See* Plaintiffs' Original Petition, ¶¶ 7-16. Plaintiffs allege that on or about June 7, 2025, Defendant Jason Smith ("Smith") was driving a vehicle operated by him at the direction of Defendant when Smith ran a red light and crashed with Plaintiffs, causing Plaintiffs to sustain physical injuries. *Id.* at ¶ 6.

7.      Defendant timely filed its Original Answer, denying Plaintiffs' allegations and asserting its affirmative defenses. *See* Defendant's Original Answer.

8.      Smith has not been served and therefore has not filed an Answer.

## III.
## TIMELINESS OF REMOVAL

9.      Plaintiffs commenced this lawsuit by filing their Original Petition on March 12,

Defendant The Church of Jesus Christ of
Latter-day Saints, a Utah Corporation Sole's Notice of Removal                    Page **2** of **6**
1097138v.1

2026.  Defendant accepted service on March 24, 2026, through its agent, Corporation Service Company D/B/A CSC Lawyers Incorporating Service Company.  This Notice of Removal is timely under 28 U.S.C. 1446(b) because it is filed within 30 days after service on Defendant.  28 U.S.C. § 1446.

## IV.
## BASIS FOR REMOVAL JURISDICTION

10.     Removal is proper under 28 U.S.C. §§ 1441 and 1332 because there is complete diversity of citizenship between Plaintiffs and Defendants, and the amount in controversy likely exceeds $75,000.00, exclusive of interest and costs, as explained in more detail below.

11.     According to Plaintiffs' Petition, Plaintiffs are domiciled in the state of Texas, Harris County, and are therefore citizens of Texas.

**A.     *Citizenship of The Church of Jesus Christ of Latter-day Saints, a Utah Corporation Sole***

12.     Defendant is a foreign corporation that exists under the laws of Utah with its principal place of business in the State of Utah.

13.     A corporation is "'a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business.'"  *MidCap Media Fin., L.L.C. v. Pathway Data, Inc.*, 929 F.3d 310, 314 (5th Cir. 2019) (quoting 28 U.S.C. § 1332(c)(1)).  Therefore, Defendant is a citizen of Utah.

**B.     *Citizenship of Jason Smith***

14.     Smith is an individual residing in the State of Arizona. *See* Plaintiffs' Original Petition at ¶ 3.

15.     Smith has not been served at the time of removal; therefore, his consent is not required. *See* 28 U.S.C. § 1446(b)(2)(A) (requiring consent only from defendants who have been properly joined and served).

Defendant The Church of Jesus Christ of
Latter-day Saints, a Utah Corporation Sole's Notice of Removal                    Page **3** of **6**
1097138v.1

## C.    *Amount in Controversy*

16.    Plaintiffs seek physical pain and mental anguish, physical impairment, disfigurement, loss of earning capacity, and medical care expenses, future personal injuries, including physical pain and mental anguish, physical impairment, disfigurement, loss of earning capacity, and medical care expenses; pre and post judgment interest; and court costs. *See* Plaintiff's Original Petition, ¶ 17. Further, there are four (4) Plaintiffs alleging the above-mentioned damages.

17.    Given the nature of the alleged injuries, including claims for physical pain, mental anguish, impairment, disfigurement, medical expenses, and loss of earning capacity, asserted by four separate Plaintiffs, it is facially apparent that the amount in controversy exceeds $75,000.

18.    Thus, the amount in controversy exceeds $75,000, the jurisdictional minimum for removal to this Court.

## VII.
## THIS NOTICE IS PROCEDURALLY CORRECT

19.    Based on the aforementioned facts, the State Court Action may be removed to this Court by this Defendant in accordance with the provisions of 28 U.S.C. § 1441(a) because: (i) this action is a civil action pending within the jurisdiction of the United States District Court for the Southern District of Texas; (ii) this action is between citizens of different states; and (iii) the amount in controversy exceeds $75,000.00, exclusive of interest and costs as specifically plead in Plaintiffs' Original Petition.

20.    Defendant has attached to this Notice of Removal the documents required by 28 U.S.C. § 1446 and Local Rule LR 81 as follows:

1.    Civil Cover Sheet;
2.    Index of matters being filed;
3.    Docket Sheet in the State Court Action;

Defendant The Church of Jesus Christ of
Latter-day Saints, a Utah Corporation Sole's Notice of Removal                    Page **4** of **6**
1097138v.1

4.  Pleadings asserting causes of actions;
5.  All executed process in the case;
6.  All orders signed by the state Judge;
7.  List of Counsel of Record, including addresses, telephone numbers and parties represented.

21.  Defendant is also filing with the Notice of Removal a completed Civil Cover Sheet.

22.  Defendant retains the right to supplement the jurisdictional allegations by affidavit, declaration, or otherwise should Plaintiffs challenge the allegations in a motion to remand or other filing or should the Court raise questions concerning jurisdictional allegations *sua sponte*.

23.  In accordance with 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal will be given to all parties and to the Clerk of 151st Judicial District Court, Harris County, Texas, where this matter was pending under Cause No. 2026-16957, in a matter styled *Gregorio Rios; Blanca Cordero; Alejandro Rios and Martin Rios v. The Church of Jesus Christ of Latter-Day Saints and Jason Smith.*

24.  A jury trial has been demanded in the State Court Action by Plaintiff.

25.  Trial has not commenced in the 151st Judicial District Court, Harris County, Texas.

## VIII.
## CONCLUSION

26.  Because diversity jurisdiction exists over Plaintiffs' claims as set forth in Plaintiffs' Original Petition, Defendant desires and is entitled to remove the lawsuit filed in the 151st Judicial District Court, Harris County, Texas to the United States District Court for the Southern District of Texas, Houston Division.

27.  Defendant requests that the State Court Action be removed and placed on this Court's docket for further proceedings. Defendant further prays that the Court grant such other and further relief, both general and special, at law and in equity to which Defendant may be justly entitled.

Defendant The Church of Jesus Christ of
Latter-day Saints, a Utah Corporation Sole's Notice of Removal                    Page **5** of **6**
1097138v.1

Respectfully submitted,

By:  */s/ Eric W. Hines*
      **ERIC W. HINES**
      State Bar No. 24010107
      SDTX Bar No. 975561
      Eric.Hines@cooperscully.com
      **OMAR AZAM**
      State Bar No. 24123394
      SDTX Bar No. 3805983
      Omar.Azam@CooperScully.com

      **COOPER & SCULLY, P.C.**
      900 Jackson Street, Suite 100
      Dallas, Texas 75202
      O: (214) 712-9500
      F: (214) 712-9540

      **Defendant The Church of Jesus Christ of Latter-day Saints, a Utah Corporation Sole**

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of April, 2026, I electronically filed the foregoing using the CM/ECF system which will send notification of such filing to all counsel of record.

      */s/ Eric W. Hines*
      **ERIC W. HINES**

Defendant The Church of Jesus Christ of
Latter-day Saints, a Utah Corporation Sole's Notice of Removal      Page **6** of **6**
1097138v.1