3/12/2026 4:08 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 112361382
By: Kerrylone Asberry
Filed: 3/12/2026 4:08 PM

CAUSE NO. _____

TAB 2

| | | |
|---|---|---|
| GREGORIO RIOS, BLANCA CORDERO, ALEJANDRO RIOS, AND MARTIN RIOS Plaintiffs, | § § § § § | IN THE DISTRICT COURT |
| VS. | § § § | OF HARRIS COUNTY, TEXAS |
| THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS AND JASON SMITH Defendants. | § § § § § | _____ JUDICIAL DISTRICT |

### PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, GREGORIO RIOS, BLANCA CORDERO, ALEJANDRO RIOS, and MARTIN RIOS. (hereinafter "Plaintiffs"), and file this, their Original Petition complaining of THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS and JASON SMITH (hereinafter "Defendants"), and for cause of action respectfully shows the Court as follows:

### I. DISCOVERY CONTROL PLAN

1.      Pursuant to Tex. R. Civ. P. 169 & 190.2, Plaintiffs intend that discovery be conducted under Level 1 of Rule 190.

### II. PARTIES

2.      Plaintiffs are residents of Harris County, Texas.

3.      Defendant JASON SMITH is a resident of Maricopa County, Arizona and may be served with process at 4247 E Sells Dr., Phoenix, Arizona 85018. **CITATION IS REQUESTED**.

4.      Defendant THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, is a foreign non-profit corporate entity and may be served by and through its registered agent,

Certified Document Number: 125584124 - Page 1 of 7

Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company at 211 E. 7th Street, Suite 620, Austin, Texas, 78701. **CITATION IS REQUESTED.**

### III. VENUE

5.    Venue is proper in Harris County, Texas because this is the county in which all or a substantial part of the events or omissions giving rise to the claim occurred.

### IV. BACKGROUND

6.    On or about June 7, 2025, Plaintiff GREGORIO RIOS was prudently and reasonably operating a 2022 Chevrolet Silverado in which Plaintiff BLANCA CORDERO, Plaintiff ALEJANDRO RIOS, and Plaintiff Martin Rios were passengers. Plaintiffs were travelling northbound on Buffalo Speedway and contemporaneously, Defendant JASON SMITH was driving a 2024 Volkswagen Tiguan owned and/or operated by him and/or at the direction of Defendant THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS traveling eastbound on West Orem when suddenly he ran a red light and crashed with Plaintiffs. As a result of this collision, Plaintiffs suffered serious personal injury and damages. The associated police report also assigned fault to Defendant JASON SMITH.

### V. CAUSES OF ACTION

**A.    NEGLIGENCE OF JASON SMITH**

7.    The occurrence made the basis of this suit, and the resulting injuries and damages were proximately caused by the negligent, grossly negligent, and/or malicious conduct of the Defendant, JASON SMITH including but not limited to the following:

    a. In driving at a faster rate of speed then a person of ordinary, reasonable prudence would have driven under the same or similar circumstances;

    b. In failing to keep such a lookout as a person of ordinary, reasonable prudence would have kept under the same or similar circumstances;

Certified Document Number: 125584124 - Page 2 of 7

c. In failing to swerve or otherwise maneuver the vehicle so as to avoid the collision made the basis of this suit;

d. In failing to bring the vehicle which Defendant was driving to a stop, so as to avoid the collision made the basis of this suit;

e. In failing to sound the horn of the vehicle, or otherwise give adequate warning of the approach of the vehicle which Defendant was driving; and

f. In otherwise operating the vehicle in an unsafe manner.

8.     Each of the foregoing acts and omissions, singularly or in combination with others, constituted negligence, gross negligence, and/or malice, which were a proximate cause of the injuries and damages which form a basis of this action.

**B.     NEGLIGENCE PER SE OF JASON SMITH**

9.     Defendant JASON SMITH's conduct described herein constitutes an unexcused breach of duty imposed by the Texas Transportation Code.

10.    Texas Transportation Code § 545.351 imposes a duty that an operator may not drive at a speed greater than is reasonable and prudent under the circumstances then existing; and shall control the speed of the vehicle as necessary to avoid colliding with another person or vehicle on, or entering the highway in compliance with law and the duty of each person to use due care.

11.    Texas Transportation Code § 545.062 imposes a duty on a vehicle operator to maintain an assured clear distance such that the operator can safely stop without colliding with the preceding vehicle.

12.    Texas Transportation Code § 544.007 (d) imposes a duty on the operator of a vehicle when facing a red signal to stop at a clearly marked stop line. In the absence of a stop line, the operator shall stop before entering the crosswalk on the near side of the intersection. A vehicle that is not turning shall remain standing until an indication to proceed is shown. After stopping,

Certified Document Number: 125584124 - Page 3 of 7

standing until the intersection may be entered safely, and yielding right-of-way to pedestrians lawfully in an adjacent crosswalk and other traffic lawfully using the intersection, the operator may: (1) turn right; or (2) turn left, if the intersecting streets are both one-way streets and a left turn is permissible.

13.    Plaintiffs are members of the class that Texas Transportation Code § 545.351, § 545.062, and § 544.007 (d) were enacted to protect.

14.    Defendant JASON SMITH's unexcused breach of the duties imposed by Texas Transportation Code § 545.351, § 545.062, and § 544.007 (d)proximately caused Plaintiffs' injuries described herein.

### C.    NEGLIGENT ENTRUSTMENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS

15.    Additionally, and/or in the alternative, at the time of the above incident, the vehicle that JASON SMITH was driving was owned, operated, leased, rented or otherwise under the control of Defendant THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS. The occurrence made the basis of this suit, and the resulting injuries and damages were proximately caused by the negligence of Defendant, THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, including but not limited to negligently entrusting a motor vehicle to an incompetent or reckless driver that the owner knew or should have known was incompetent or reckless.

### D.    VICARIOUS LIABILITY OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS

16.    At all pertinent times, Defendant JASON SMITH was acting within the scope of his employment with, and/or for the benefit of, Defendant THE CHURCH OF JESUS CHRIST

Certified Document Number: 125584124 - Page 4 of 7

OF LDS, and is therefore jointly and severally liable for the acts and omissions of Defendant JASON SMITH under the theory of *respondeat superior* and/or joint enterprise.

## VI. DAMAGES

17.     As a result of the collision, Plaintiffs have incurred property damage and significant personal injuries including but not limited to physical pain and mental anguish, physical impairment, disfigurement, loss of earning capacity, and medical care expenses. Furthermore, Plaintiffs will in reasonable probability incur in the future personal injuries including, but not limited to, physical pain and mental anguish, physical impairment, disfigurement, loss of earning capacity, and medical care expenses. Plaintiffs seek all legally recoverable damages, actual and special, under Texas law, including costs of court, and pre-judgment and post-judgment interest, if any. Plaintiffs' damages at this time are in excess of the minimum jurisdictional limits of this Court.

18.     Pursuant to Rule 47 of the Texas Rules of Civil Procedure, claimants seek only monetary relief of $250,000 or less, excluding interests and costs.

## VII. JURY DEMAND

19.     Plaintiffs hereby assert their right under the Texas Constitution and demand a trial by jury and herewith tender the appropriate fee.

## VIII. TEX. R. CIV. P. 193.7 NOTICE

20.     This paragraph serves as notice, pursuant to Tex. R. Civ. P. 193.7, that documents produced in response to written discovery requests served by Plaintiffs will be used against the producing party in any pretrial proceeding and/or at trial.

Certified Document Number: 125584124 - Page 5 of 7

## IX. PRAYER

21. WHEREFORE PREMISES CONSIDERED, Plaintiffs pray that Defendants, THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS and JASON SMITH, be cited to appear and answer herein, and that upon the trial of this case, Plaintiffs will have judgment against the Defendants for all actual and special damages, legally recoverable pre-judgment and post-judgment interest, all costs of court, and any other further relief to which Plaintiffs may show themselves justly entitled.

Respectfully submitted,

**MATÍAS J. ADROGUÉ** PLLC

By: _____
Matías J. Adrogué
Texas State Bar No. 24012192
Leila M. El-Hakam
Texas State Bar No. 24007147
Alvaro J. Escorcia
Texas State Bar No. 24081894
1629 West Alabama St.
Houston, Texas 77006
713-425-7270 *Telephone*
713-425-7271 *Facsimile*
service@mjalawyer.com
**ATTORNEYS FOR PLAINTIFF**

Certified Document Number: 125584124 - Page 6 of 7

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Matias Adrogue
Bar No. 24012192
mja@mjalawyer.com
Envelope ID: 112361382
Filing Code Description: Petition
Filing Description: Plaintiff's Original Petition and Citation Requests
Status as of 3/12/2026 4:09 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Matias Adrogue | | service@mjalawyer.com | 3/12/2026 4:08:30 PM | SENT |

Certified Document Number: 125584124 - Page 7 of 7



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   April 9, 2026

Certified Document Number:        125584124 Total Pages:  7

*Marilyn Burgess*

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**